UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
JEFFREY LEVITIN as Trustee of the
ELLMAN SAVINGS IRREVOCABLE
TRUST,

              Plaintiff,

              09 CV 110

   v.

              <u>ORDER TRANFERRING
ACTION TO THE DISTRICT
OF NEW JERSEY</u>

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

              Defendant.

-------------------------------------------------X

A P P E A R A N C E S
SCHINDEL, FARMAN, LIPSIOS, GARDNER
& RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, NY 10122
By:   Ira S. Lipsius
Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
33 Washington Street
Newark, NJ 07102
By:   Robert P. Lesko
Attorneys for Defendant

JOHNSON, Senior District Judge:

      This matter having been brought before the Court on Defendant's motion to

dismiss or transfer the action to the first-filed action between the parties currently

pending in the United States District Court for the District of New Jersey, American General Insurance Co. v. Ellman Savings Irrevocable Trust, 08CV5364 (MLC-TJB); the Court having reviewed the submissions of the defendant in support of the motion and plaintiff's opposition thereto; the Court having held oral argument on March 17, 2010 and finding therein that exception to the first-filed rule is absent;

The Court HEREBY GRANTS defendant's motion and directs the Clerk of the Court to TRANSFER the within action to the District of New Jersey, to be consolidated with the pending action styled American General Insurance Co. v. Ellman Savings Irrevocable Trust, 08CV5364, (MLC-TJB).

SO ORDERED.

Dated: March 17, 2010
Brooklyn, NY

s/Sterling Johnson, Jr.
_____
Sterling Johnson, Jr., U.S.D.J.